USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FROST, *derivatively on behalf of Charter Communications, Inc.*,

Plaintiff,

-v-

CHRISTOPHER L. WINFREY, et al.,

Defendant.

26-cv-9314 (LJL)

ORDER TO SHOW CAUSE

LEWIS J. LIMAN, United States District Judge:

The parties are ordered to show cause, by joint letter filed no later than November 19, 2026, why Paragraph 7 of the Joint Stipulation and Proposed Order Consolidating Related Derivative Actions, Dkt. No. 6 at 4, should not be revised to replace the language that "counsel shall promptly call to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any such case, and such case shall be consolidated into the Consolidated Derivative Action" with language as follows: "counsel shall promptly call to the attention of the Court by letter filed on ECF, the filing, removal, reassignment, or transfer of any such case, and shall request that the case be consolidated into the Consolidated Derivative Action. Absent objection filed within seven days of the filing of such letter, the case will be consolidated into the Consolidated Derivative Action."

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge